```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JULIO ELLIS and KIRKPATRICK ELLISON,

                       PLAINTIFFS,

    -AGAINST-

NEW YORK CITY, POLICE OFFICER JOHN
WILLIAMS, and POLICE OFFICER TAHIR
FAHAD, individually, and in their capacity as
members of the New York City Police Department,

                       Defendants.

----------------------------------------------------------------X

**PLAINTIFF JULIO ELLIS' ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT**

**17-CV-646**

Plaintiff Julio Ellis only, through his attorney Malcolm Anderson of PetersonDelleCave LLP, hereby formally accepts Defendants' Rule 68 Offer of Judgment for the total sum of Fifteen Thousand and One Dollars ($15,001.00) plus reasonable attorneys' fees, expenses and costs, dated October 2, 2017.

Dated: New York, New York
        October 16, 2017

                                            /S/
                                 Malcolm Anderson
                                 PETERSONDELLECAVE LLP
                                 Attorneys for Plaintiff
                                 233 Broadway, 18th Floor
                                 New York, New York 10279
                                 (212) 240-9075

CC:   Suzanne Aribakan
        Assistant Corporation Counsel
        Attorney for Defendants
        BY ECF

There being "no just reason for delay," Fed. R. Civ. P. 54(b), the Clerk of Court is directed to enter judgment in Mr. Ellis's favor consistent with the accepted offer of judgment. The parties shall confer in an attempt to reach agreement with respect to what constitutes reasonable attorney's fees, expenses and costs. In the absence of agreement, Mr. Ellis shall file a fee application within 30 days of today; any opposition shall be filed within one week of the application; no reply absent leave of Court. SO ORDERED.

*[signature]*

October 17, 2017