USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/04/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

KIRKPATRICK ELLISON,

                                        Plaintiff,

                -against-

NEW YORK CITY, POLICE OFFICER JOHN WILLIAMS,
and POLICE OFFICER JOHN DOE, individually, and in their
capacity as members of the New York City Police Department,

                                          Defendants.
-------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

17-CV-646 (JMF)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
         12/1/17      , 2017

PETERSONDELLECAVE LLP  
*Attorneys for Plaintiff*  
233 Broadway, Suite 1800  
New York, NY 10279

By: _____  
Malcolm Anderson  
*Attorney for Plaintiff*

ZACHARY W. CARTER  
Corporation Counsel of the  
   City of New York  
*Attorney for Defendants City of New York,*  
   *Williams, and Tahir*  
100 Church Street, 3rd Floor  
New York, New York 10007

By: _____  
Suzanne Aribakan  
*Senior Counsel*

SO ORDERED:

_____  
HON. JESSE M. FURMAN  
UNITED STATES DISTRICT JUDGE

Dated: __December 4__, 2017

The Clerk of Court is directed to close the case.